# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. 3:13-cr-00001-SLG |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| NANCIE CARIDAD MODESTE, | ) |
| Defendant. | ) |

## ORDER PERTAINING TO MOTION TO REDUCE SENTENCE

Upon consideration of Defendant Modeste's Motion to Reduce Sentence (Docket 95), and the United States' Partial Opposition to Motion to Reduce Sentence (Docket 96), the Court hereby GRANTS the motion as follows: IT IS HEREBY ORDERED that Defendant's Judgment entered July 24, 2013, at Docket 93, shall be amended to reflect that she serve 79 months concurrent imprisonment on Counts 1 and 3. All other provisions of that judgment shall remain in effect.

The reason for this reduction is as follows: the Court originally imposed a sentence of 95 months imprisonment, which was a sentence in the middle of the then-applicable guideline range of 84 to 105 months.[1] For the reasons asserted by the Government in its partial opposition, the Court finds that a sentence that is similarly in the middle of the revised guideline range is warranted. The revised guideline range is 70 to 87 months, and 79 months would be the comparable mid-range sentence under these revised guidelines. Therefore, the Court finds that this 16-month sentence reduction is warranted pursuant to Amendment 782.

---

[1] *See* Docket 93 at 2.

The Clerk of Court is directed to enter an Amended Judgment accordingly, with an effective date of November 2, 2015.

DATED this 2nd day of December, 2014, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE